1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
3  JOSE A. OLIVERA (CABN 279341)
4  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-6888
6  Facsimile: (415) 436-7009
   E-mail: jose.olivera@usdoj.gov
7  Attorneys for United States of America

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA, ) CASE NO. 3:15-CR-00359-TEH
   |                            )
12 |     Plaintiff,              ) **STIPULATION AND [PROPOSED ORDER]**
   |                            ) **FOR CONTINUANCE OF STATUS**
13 |     v.                      ) **CONFERENCE AND EXCLUSION OF TIME**
   |                            )
14 | BRIAN PETER STALLINGS,     )
   |                            )
15 |     Defendant.              )
   |                            )
16

17       The United States of America and defendant, Brian Peter Stallings, stipulate that the status

18 conference in the above-captioned case scheduled for January 11, 2016, at 2:30 p.m., should be

19 continued to February 22, 2016, at 2:30 p.m.  The basis for this request is that counsel for Defendant

20 needs additional time to review the now more than 10,000 pages of discovery produced by the United

21 States since Defendant's initial appearance.

22       The Parties agree that, based on the foregoing, that an exclusion of time from January 11, 2016,

23 through February 22, 2016, from the applicable time limits set forth in 18 U.S.C. § 3161would allow

24 counsel for Defendant the reasonable time necessary for effective preparation of counsel and continuity

25 of counsel because it would allow additional time to review discovery.  *See* 18 U.S.C. § 3161(h)(7).  The

26 parties further agree that failure to exclude time as set forth above would deny Defendant the reasonable

27 time necessary for effective preparation and continuity of counsel and that the ends of justice served by

28 granting this request for exclusion of time outweigh the best interest of the public and the Defendant in a

Stipulation and [proposed] Order
CR-15-00359-TEH                                        1

1 speedy trial.

2     Accordingly, for the reasons stated above, the parties jointly request a continuance of the status
3 conference from January 11, 2016, to February 22, 2016, at 2:30 p.m., and the exclusion of time for this
4 period.

5     IT IS SO STIPULATED.

7 Dated: January 4, 2016          *s/ Jose A. Olivera*
                                            JOSE A. OLIVERA
8                                             Assistant United States Attorney

10 Dated: January 4, 2016          *s/ Martin A. Schainbaum*
11                                             MARTIN A. SCHAINBAUM
                                            Attorney for Defendant

1  **[PROPOSED]** **ORDER**

2  For the reasons set forth in the above Stipulation, the Court hereby continues the status conference in
3  this case from January 11, 2016, to February 22, 2016, at 2:30 p.m. The Court further finds that the exclusion
4  of time from January 11, 2016, to February 22, 2016, is warranted and that the ends of justice served by the
5  continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. §
6  3161(h)(7)(A). The failure to grant the requested continuance would deny the Defendant effective
7  preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

8  IT IS SO ORDERED.

Dated: 1/6/2016

_____
THE HONORABLE THELTON E. HENDERSON
United States District Judge