MARTIN A. SCHAINBAUM (csb #37257)
601 Montgomery Street, Suite 688
San Francisco, Ca 94111
Telephone:   (415) 777-1040
Facsimile:   (415) 981-1065\
Email:       schainbm@taxwarrior.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-cr-00359-CRB |
| Plaintiff, | **STIPULATION AND ORDER MOVING STATUS CONFERENCE FROM NOVEMBER 23, 2016 AT 10:00 AM TO JANUARY 4. 2017 AT 2:00 PM** |
| v. | |
| BRIAN PETER STALLINGS, | |
| Defendant. | |

The Parties, by their respective counsel, hereby agree and stipulate to move the Status Conference presently set for November 23, 2016 at 10:00 a.m., to January 4, 2017 at 2:00 p.m., subject to the Court's approval.  Defendant requires additional time to obtain medical evidence, which may affect the course and timing of the proceedings in this case.

The Parties concur that, based on the foregoing, that an exclusion of time from November 23, 2016, to January 4, 2017 from the applicable time limits set forth in 18 U.S.C. § 3161 would allow counsel for Defendant the reasonable time necessary for effective preparation of counsel and continuity of counsel because it would allow additional time necessary to review discovery and conduct further plea discussions.  *See* 18 U.S.C. § 3161(h)(7).

Accordingly, for the reasons stated above, the Parties jointly request a continuance of the status

Stipulation and Order                                    1

hearing from November 23, 2016, to January 4, 2017, at 2:00 p.m., and the exclusion of time for this period.

IT IS SO STIPULATED.

Dated: November 21, 2016    *s/ Jose A. Olivera*
JOSE A. OLIVERA
Assistant United States Attorney
Attorney for Plaintiff

Dated: November 21, 2016    *s/ Martin A. Schainbaum*
MARTIN A. SCHAINBAUM
Attorney for Defendant

## ORDER

For the reasons set forth in the above stipulation, the Court hereby continues the status conference in this case from November 23, 2016 to January 4, 2017, at 2:00 p.m.  The Court further finds that the exclusion of time from November 23, 2016 to January 4, 2017, at 2:00 p.m., is warranted to permit the parties to continue to review discovery, and conduct further plea discussions.  That period shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served that this exclusion outweigh the best interest of the public and Defendant in a speedy trial.

ORDERED this 21st day of November 2016, at San Francisco, California.

_____
HONORABLE CHARLES R. BREYER
United States District Judge

Stipulation and Order                         2